**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HOWARD COHAN,**

**Plaintiff,**

**v.** **Case No: 6:24-cv-1623-PGB-RMN**

**7437 INTERNATIONAL DRIVE, LLC,**

**Defendant.**

___________________________/

**ORDER**

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice, filed October 22, 2024. (Doc. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant 7437 International Drive, LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 23, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties